**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-6823**

─────────

KENNETH BOND,

Petitioner - Appellant,

versus

D. A. GARRAGHTY,

Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-02-923)

─────────

Submitted:  September 12, 2003     Decided:  September 25, 2003

─────────

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Kenneth Bond, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Bond, a Virginia inmate, seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2000) petition. We have independently reviewed the record and conclude that Bond has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1039 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2